UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARL A.R. HITLER,<br>aka CARL RENOWITZKY,<br><br>    Plaintiff,<br><br>    v.<br><br>THE PEOPLE OF THE UNITED STATES, et al.,<br><br>    Defendants. | Case No. 18-cv-04508-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. No. 6 |

Mail sent by the Court to plaintiff was returned as undeliverable more than 60 days ago. (Case No. 18-05782, Dkt. No. 4.) Accordingly, the action is DISMISSED without prejudice because plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter pursuant to Fed. R. Civ. P. 41(b).

If plaintiff chooses to move to reopen the case, he is advised that he must state legally recognizable claims against any named defendant, alleging a plausible basis for suing them. The existing complaint is wholly deficient in that respect.

The Clerk shall enter judgment in favor of defendants, terminate all pending motions, and close the file.

**IT IS SO ORDERED.**

**Dated:** December 11, 2018



WILLIAM H. ORRICK
United States District Judge